AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Clarence Clay Logue,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-96,

Sheriff Al St. Lawrence,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/27/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case.

7/28/15
Date

(By) Deputy Clerk

GAS Rev 10/1/03